UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22938-CIV-ALTONAGA/O'SULLIVAN

ERVIS AGUIRRE CRUZ, ERVING )
MANUEL ESCOBAR BRAVO, VICTOR M. )
RAUDALES MURILLO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
)
PAVER DESIGNS OF MIAMI DADE INC. )
SAUL GAVIDIA )
)
Defendants. )
_____ )

**MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT**

Plaintiffs, by and through undersigned Counsel, pursuant to Florida Statute 77.03, move for the issuance of a writ of garnishment after judgment as to Garnishee Suntrust Bank and as grounds therefore, state as follows:

1. Plaintiffs obtained a final judgment against Defendants on September 22, 2014 for a total amount of $40,462.50 ($15,515.20 – Ervis Aguirre Cruz, $20,128.90 – Erving Manuel Escobar Bravo, $2,648.40 – Victor M. Raudales Murillo, $2,170 fees and costs) [DE 18].

2. On December 4, 2015, Plaintiffs obtained a judgment against Garnishee, Bank of America N.A. in the amount of $3,845.26 [DE 29], thereby leaving $36,617.24 outstanding on the final judgment.

3. Plaintiffs request that a writ of garnishment after judgment as to Garnishee Suntrust Bank be issued in the amount of $36,617.24.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: *J.H. Zidell*_____
    J.H. Zidell, Esq.
    Florida Bar Number: 0010121