UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22938-CIV-ALTONAGA/O'SULLIVAN

ERVIS AGUIRRE CRUZ, ERVING )
MANUEL ESCOBAR BRAVO, VICTOR M. )
RAUDALES MURILLO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
       Plaintiffs, )
vs. )
)
)
PAVER DESIGNS OF MIAMI DADE INC. )
SAUL GAVIDIA )
)
)
       Defendants. )
)

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Suntrust Bank, 1 ~~1700 N. Kendall Drive, Miami~~, [handwritten: 4000 Hollywood Blvd, Hollywood] Florida 33186 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71st Street, Suite 605, Miami Beach, Florida 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant(s) Saul Gavidia (SSN: XXX-XX-0522) located at 11240 SW 122nd Place, Miami, Florida 33186 and/or Paver Designs of Miami Dade Inc. [FEI/EIN 275039688] 6100 SW 133rd Place, Miami, Florida 33183, who upon information and belief, maintains a bank account with Garnishee Suntrust Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant(s) Saul Gavidia and/or Paver Designs of Miami Dade Inc. the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiffs' motion is for $36,617.24.

Dated on   Dec 8, 2017    , 2017.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Valerie Martinez_
                Deputy Clerk
Date: **Dec 8, 2017**

Civil Action No. 14-22938

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This writ of garnishment for *(name of individual and title, if any)* __Suntrust Bank__

was received by me on *(date)* __12/08/2017__ .

☐ I personally served the writ of garnishment on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the writ of garnishment at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the writ of garnishment on *(name of individual)* __Wendy B. Pace_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Suntrust Bank__
__4000 Hollywood Blvd., Suite 115-s, Hollywood, FL 33021__ on *(date)* __12/08/2017__ ; or

☐ I returned the writ of garnishment unexecuted because ☐ _____ ; or

Other *(specify)*:


My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/08/2017__

                                   _____
                                   *Server's signature*

                                   Perry Perang
                                   *Printed name and title*

                                   3000 Biscayne Blvd,
                                   Miami, Florida
                                   *Server's address*

Additional information regarding attempted service, etc: