UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22938-CIV-ALTONAGA/O'SULLIVAN

ERVIS AGUIRRE CRUZ, ERVING )
MANUEL ESCOBAR BRAVO, VICTOR M. )
RAUDALES MURILLO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
        Plaintiffs, )
  vs. )
)
)
PAVER DESIGNS OF MIAMI DADE INC. )
SAUL GAVIDIA )
)
)
        Defendants. )
_____ )

## NOTICE OF FILING STATUTORY NOTICE

    Come Now Plaintiffs by and through undersigned counsel and hereby advise the Court of the above described Notice and in support state as follows:

    1.    Plaintiffs obtained a final judgment against Defendants on September 22, 2014 for a total amount of $40,462.50 ($15,515.20 – Ervis Aguirre Cruz, $20,128.90 – Erving Manuel Escobar Bravo, $2,648.40 – Victor M. Raudales Murillo, $2,170 fees and costs) [DE 18].

    2.    On December 4, 2015, Plaintiffs obtained a judgment against Garnishee, Bank of America N.A. in the amount of $3,845.26 [DE 29], thereby leaving $36,617.24 outstanding on the final judgment.

    3.    Plaintiffs requested that a writ of garnishment after judgment be issued as to Garnishee Suntrust Bank in the amount of $36,617.24 [DE 30].

    4.    On December 8, 2017, a writ of garnishment was issued to Garnishee Suntrust Bank [DE 31].

5. Defendants, are hereby advised that Defendants must file a claim of exemption within twenty (20) days after receipt of the notice to preserve Defendants' rights pursuant to Florida Statute 77.041.

6. Plaintiffs hereby attach a copy of the motion for writ of garnishment, the writ of garnishment, and the statutory notice pursuant to Florida Statute 77.041.

    Respectfully Submitted,

    J.H. Zidell, Esq.
    J.H. Zidell, P.A.
    Attorney for Plaintiffs
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121

## **CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice was sent via U.S. Mail to Defendant Saul Gavidia at 11240 SW 122nd Place, Miami, Florida 33186 and Paver Designs of Miami Dade Inc. at 6100 SW 133rd Place, Miami, Florida 33183 on this 8th day of December, 2017.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
     J.H. Zidell, Esq
     Florida Bar Number: 0010121